**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7429**

---

ROBERT JOHN MOES,

Petitioner - Appellant,

versus

STEPHEN DEWALT, Warden; DAVID A. HOLLER, Case
Manager,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Roger W. Titus, District Judge.  (CA-04-
2959-8-RWT)

---

Submitted: January 26, 2006         Decided: February 2, 2006

---

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert John Moes, Appellant Pro Se.  James A. Frederick, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert John Moes, a federal prisoner, seeks to appeal the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moes v. DeWalt, No. CA-04-2959-8-RWT (D. Md. filed Aug. 26, 2005 & entered Aug. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED